ACCEPTED
14-15-00279-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 8:47:53 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 14-15-00279-CV

| | | |
|---|---|---|
| **LOREN ROSE JEREMY,** | § | **IN THE FOURTEENTH** |
| | § | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS |
| *Appellant,* | § | |
| | § | 11/16/2015 8:47:53 PM |
| | § | CHRISTOPHER A. PRINE |
| **v.** | § | **COURT OF APPEALS** Clerk |
| | § | |
| **NICHOLAS DUSAN JEREMY,** *et al.,* | § | |
| | § | |
| *Appellees.* | § | **HOUSTON, TEXAS** |

## APPELLANT'S MOTION TO EXTEND TIME TO FILE THE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Appellant asks the Court to extend the time to file his brief.

## INTRODUCTION

1.      Appellant is Loren Rose Jeremy; appellees are Nicholas Dusan Jeremy and Theresa Henry.

2.      No rule limits the time within which to file this motion to extend time. *See* TEX. R. APP. P. 38.6(d).

## ARGUMENT & AUTHORITIES

3.      The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

4.      The Appellant's brief was due on September 30, 2015.

5.      Appellant requests an additional sixty days to file her brief, extending the time until November 30, 2015.

6. No extension has been granted to extend the time to file Appellant's brief.

7. Appellant needs additional time to file her brief because she has been hospitalized with a severe gastrointestinal condition which has required multiple surgeries and for which she is finally recovering. Appellant has been unable to assist her counsel in this appeal for the past two (2) months, only recently being well enough to confer. Appellant has one additional medical procedure planned in the next two weeks, but after that should be able to fully assist her counsel in prosecuting her appeal.

## CONCLUSION

8. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief. Appellant requests an additional sixty days to file her brief, extending the time until , because Appellant has been extremely ill these past few months and only now is able to assist counsel in the prosecution of this appeal.

## PRAYER

9. For these reasons, Appellant asks the Court to grant an extension of time to file her brief until November 30, 2015.

Respectfully submitted,

By: __/s/ Mark Aronowitz_____
       MARK ARONOWITZ
       State Bar No.:  00793281
       Attorney for Loren Rose Jeremy
       P.O. Box 1201
       Texas City, TX 77592-1201
       Tel:   (281) 402-6780
       Fax:   (281) 715-4284

## CERTIFICATE OF COMPLIANCE

I certify that I have complied with Rule 12 of the Texas Rules of Appellate Procedure because this motion is only 423 words.

_____/s/ Mark Aronowitz_____
MARK ARONOWITZ

## CERTIFICATE OF SERVICE

I certify that a copy of the Appellant's Motion to Extend Time to File the Brief was served on all parties through their counsel of record by a method permitted by Texas Rule of Appellate Procedure 9.5 on November 17, 2015.

_____/s/ Mark Aronowitz_____
MARK ARONOWITZ